Steven D. Burt (#11522)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: 801.531.3000
Facsimile: 801.531.3001
burts@ballardspahr.com

*Attorneys for Defendant*
*Prog Services, Inc. d/b/a Money App*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **STERLING KELLY, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**PROG SERVICES, INC. d/b/a MONEY APP,**<br><br>Defendant. | **NOTICE OF REMOVAL**<br><br>Case No.<br><br>Judge: |

TO:   United States District Court for the District of Utah; Clerk of the Salt Lake District Court of Utah, Third Judicial District; and Plaintiff's Attorneys of Record

**PLEASE TAKE NOTICE** that Defendant Prog Services, Inc. d/b/a Money App ("Prog Services") hereby removes this action from the Third Judicial District Court in and for Salt Lake County, State of Utah, to the United States District Court for the District of Utah. Removal is proper pursuant to 28 U.S.C. §§ 1331 and 1441(a).

## I. BACKGROUND

1. On October 9, 2025, Plaintiff Sterling Kelly ("Plaintiff") filed a civil class action complaint (the "Complaint") against Prog Services, docketed at 250908265, in the Third Judicial District Court in and for Salt Lake County, State of Utah (the "State Court Action"). A true and correct copy of the Complaint is attached as Exhibit 1 and the Summons is attached as Exhibit 2.

2. Plaintiff is an adult individual residing in Texas and is therefore a citizen of Texas. *See* Compl. ¶ 14.

3. Prog Services is a Delaware corporation with a principal place of business in Draper, Utah.

4. Plaintiff alleges that Prog Services violated the Military Lending Act, 10 U.S.C. § 987, *et seq.* ("MLA"), Compl. ¶¶ 102–13, and the Truth in Lending Act, 15 U.S.C. § 1638, *et seq.* ("TILA"), Compl. ¶¶ 114–20.

## II. BASIS FOR REMOVAL

5. Removal is proper under 28 U.S.C. §§ 1331 and 1441(a) because Plaintiff's claims arise under the laws of the United States. A claim arises under the laws of the United States "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Felix v. Lucent Techs., Inc.*, 387 F.3d 1146, 1154 (10th Cir. 2004) (citation and internal quotation marks omitted). Moreover, a plaintiff presents a federal question when a "well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal

law." *Gilmore v. Weatherford*, 694 F.3d 1160, 1170 (10th Cir. 2012) (citation and internal quotation marks omitted).

6. Plaintiff alleges that Prog Services violated the MLA and TILA. Accordingly, federal question jurisdiction exists on the face of Plaintiff's Complaint. Removal is proper.

### III.   PROCEDURAL REQUIREMENTS

7. <u>Removal is Timely</u>. Plaintiff served the Complaint on Prog Services on or about October 10, 2025. Prog Services, thus, files this Notice of Removal within thirty (30) days of service of the Complaint, in accordance with 28 U.S.C. § 1446(b).

8. <u>Removal to Proper Court</u>. Under 28 U.S.C. § 1441(a), the United States District Court for the District of Utah is the proper venue because it embraces the place where the State Court Action is pending.

9. <u>Pleadings and Process</u>. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the pleadings on file in the State Court Action, including a current docket sheet are attached hereto as Exhibit 3. Prog Services has paid the appropriate filing fee to the Clerk of this Court upon the filing of this Notice.

10. <u>Notice</u>. Written notice of the filing of this Notice of Removal is being served on Plaintiff and filed with the clerk of the Third Judicial District Court in and for Salt Lake County, State of Utah, pursuant to 28 U.S.C. § 1446(d). A true and correct copy of the notice of the filing of this Notice of Removal in the State Court Action is attached hereto as Exhibit 4.

11. <u>No Waiver</u>. By filing this Notice of Removal, Prog Services does not waive any defense that may be available to it, including, but not limited to, the right to compel arbitration

and the right to contest personal jurisdiction, incomplete process, improper service of process, and/or improper venue, in this Court or in the court from which this action has been received.

12. <u>Signature.</u> This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

13. In the event Plaintiff seeks to remand this case, or if the Court considers remand *sua sponte*, Prog Services respectfully requests the opportunity to submit additional argument or evidence in support of removal as may be necessary.

## IV. CONCLUSION

For the reasons stated above, Prog Services respectfully requests that the State Court Action, now pending in the Third Judicial District Court in and for Salt Lake County, State of Utah, be removed to the United States District Court for the District of Utah, and that the Court proceed as if Plaintiff had originally filed the Complaint in this Court.

DATED this 7th day of November 2025.

/s/Steven Burt
Steven D. Burt, Esq.
BALLARD SPAHR LLP
*Attorney for Defendant Prog Services, Inc.*
*d/b/a Money App*

#4925-8255-7302 v7

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **NOTICE OF REMOVAL** was served to the following this 7th day of November 2025, in the manners set forth below:

[ ] Through the CM/ECF System for the U.S. District Court

[ ] Hand Delivery

[ X ] U.S. Mail, postage prepaid

[ X ] E-mail:   Ilowther@cbplaw.com; cbrown@cbplaw.com; rpulliam@cbplaw.com; joshua@jacobsonphillips.com; jscott@aklawfirm.com

>
> Jared D. Scott
> ANDERSON & KARRENBERG
> 50 West Broadway, Suite 600
> Salt Lake City, Utah 84101-2035
> *Attorney for Plaintiff*
>
> Lee Lowther
> Courtney Brown
> Randall K. Pulliam
> CARNEY BATES & PULLIAM, PLLC
> One Allied Drive, Suite 1400
> Little Rock, AR 72207
>
> Joshua Jacobson
> JACOBSON PHILLIPS, PLLC
> 2277 Lee Road, Ste. B
> Winter Park, FL 32789

*/s/ Steven D. Burt*

#4925-8255-7302 v7