# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| STERLING KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROG SERVICES, INC d/b/a MONEY APP,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:25-cv-01026 TS DBP<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Plaintiff's Motion to Compel Discovery.[1] Plaintiff argues because this matter is yet to be stayed, Defendant should be compelled to participate in discovery. The court will deny the motion.

Local Rule 37-1 governs discovery disputes before the court. It provides that a motion must include as "the only exhibits to the motion a copy of the disputed discovery request and any response".[2] Here Plaintiff seeks an order overruling Defendant's discovery objections and compelling supplemental responses. However, the court has no way to ascertain the dispute here because none of the disputed discovery requests are attached to the motion.

The court therefore DENIES Plaintiff's Motion.

DATED this 7 July 2026.

Dustin B. Pead
United States Magistrate Judge

---

[1] ECF No. 50.

[2] DUCivR 37-1(b)(2)(B) (2026).